## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MARIE SCHMIDT,<br><br>                    Plaintiff,<br><br>   v.<br><br>LEIGHTON STATE POLICE BARRACKS, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 3:21-CV-00317<br><br>(MEHALCHICK, M.J.) |

## ORDER

*Pro se* Plaintiff Jessica Marie Schmidt filed this civil rights complaint on February 16, 2021, asserting various claims against Defendants Leighton State Police Barracks, Carbon County Sherriff Dept., Officer Kirby, Officer Andress, Officer Swartz, Carbon County Sherriff John Doe #1 and #2, and John/Jane Doe Leighton State Trooper #1, #2, and # 3. (Doc. 2, at 2). Concurrently with the filing of her complaint, Schmidt filed a motion to proceed *in forma pauperis* and a prisoner trust fund account statement. (Doc. 1; Doc. 3).

Based on the Court's review of Schmidt's motion, her Application to Proceed *in forma pauperis* (Doc. 1) is **GRANTED** and the complaint is deemed filed.

BY THE COURT:

Dated: March 19, 2021

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**