UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MARIE SCHMIDT,<br><br>                    Plaintiff,<br><br>            v.<br><br>LEIGHTON STATE POLICE BARRACKS, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 3:21-CV-00317<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 19th day of March, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby ORDERED that, having determined that Plaintiff's complaint (Doc. 2) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within **30 days** from the date of this Order, on or before **April 18, 2021**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**